IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS HARDIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11cv818-WHA |
| | ) |
| | )          (wo) |
| SOUTHEAST RESIDENTIAL GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This cause is before the court on a Motion to Approve the Settlement Agreement (Doc. #13).

Upon reviewing the Motion to Approve the Settlement, and reviewing the Settlement Agreement submitted for review in camera, this court is of the opinion that there are bona fide disputes over provisions of the Fair Labor Standards Act, 29 U.S.C. §201, *et seq* ("FLSA"), and that the settlement is a fair and reasonable resolution of such bona fide disputes and should be approved by this court.

Therefore, it is hereby ORDERED as follows:

1. The Motion to Approve the Settlement Agreement (Doc. #13), is GRANTED, and all claims in this action are DISMISSED with prejudice.

2. Costs are taxed as paid.

Done this 23rd day of April, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE